Date: 12/01/10                    **DIVIDENDS REMITTED TO THE COURT**                    Page:

Check Number 3006 Dated 12/01/10

Case Number 09-37000 - OHM, MOLLY MAY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| WOOD COUNTY HOSPITAL<br>950 W Wooster St<br>Bowling Green, OH 43402-2603 | 000002 | 50.05 | 2.39 |
| ---------- Remittance Total --------------- | | 50.05 | 2.39 |

*[signature]*
DOUGLAS A. DYMARKOWSKI, Trustee

*[handwritten: #3006  # 129127]*

*[stamp: FILED 2010 DEC 13 PM 3:45 U.S. BANKRUPTCY COURT TOLEDO, OHIO]*

Printed: 12/01/10 03:42 PM   Ver: 16.01a